NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

AUG 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PETCONNECT RESCUE, INC., a
Maryland corporation; LUCKY PUP DOG
RESCUE, a California corporation; SCDR,
INC., doing business as Second Chance Dog
Rescue; SARAH GONZALEZ, an
individual,

Plaintiffs - Appellants,

v.

DAVID SALINAS, an individual;
VERONICA SALINAS, an individual;
RICHARD ROBLES PENA, an individual;
VIRGO CASTRO ZUSA, an individual;
RED ROCK ENTERPRISES OF UTAH,
INC.; THE PUPPY STORE, LLC, a
Wyoming limited liability company;
YELLOW STORE ENTERPRISES, LLC, a
Wyoming limited liability company;
NATIONAL CITY PUPPY, LLC,
California limited liability company;
SOCAL PUPPY ADOPTIONS, INC., a
California corporation; FANCY PUPPY,
LLC, a California limited liability company;
THE PUPPY STORE LAS VEGAS, LLC, a
Nevada limited liability company; BRIAN
MOHRFELD; SELECT PUPPIES, INC.,

No. 24-5460

D.C. No.
3:20-cv-00527-RSH-DEB

MEMORANDUM*

---

* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

Defendants - Appellees,

PET CONNECT RESCUE, INC., a
Missouri corporation, ALYSIA
ROTHMAN, an individual, RAY
ROTHMAN, an individual, JASE
DEMETRIUS SHAMORE, an individual,
CRITTERS AND PETS FURRY AND
FEATHER, LLC, a California limited
liability company, RICKIE GALLARDO,
an individual, 360 CLEAN N GO, LLC, a
California limited liability company, DOES,
1-10, RYAN LORENZ, TREVOR
DUGGAN, an individual, PUPS & PETS, a
business entity of form unknown, HELLO
PUPPIES, a business entity of form
unknown, LIFE7, LLC, a California limited
liability company, VILLAGGIO FAMILY
PETS, a business entity of form unknown,
TOWN PUPPIES, a business entity of form
unknown, TEMECULA PUPPIES, business
entity of form unknown, CINDY LEE
DUHAMELL, an individual, JOSH
ANGUINO, an individual, JASON
HUIHAMMEL, an individual,
BROADWAY PUPPIES, a business entity
of form unknown, ANITA CHAVIRA, sole
proprietor of Puppies 4 Less, JOHN
DUHAMELL, JASON DUHAMELL, also
known as Jason Huihammel, PUPPIES 4
LESS, LLC, a business entity of form
unknown,

Defendants.

Appeal from the United States District Court
for the Southern District of California
Robert Steven Huie, District Judge, Presiding

2                                        24-5460

Submitted August 4, 2026[**]
Pasadena, California

Before: GRABER, KOH, and H.A. THOMAS, Circuit Judges.

We affirm on all issues for the reasons given by the district court.

**AFFIRMED.**

---

[**]    The panel previously granted Appellees' motion to submit this case on the briefs and record.  See Dkt. Nos. 56, 57.